IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02674-MEH

MAXIMILIAN INVESTORS, LLC,

    Plaintiff,

v.

CRAIG A. LIUKKO,
EDWIN O. LIUKKO,
JOYCE S. LIUKKO,
ROBERT D. KORN,
DAVID M. LIUKKO, and
RICHARD L. CAVENDER, JR.,

    Defendants.

---

## ORDER RE: NOTICE OF DISMISSAL

---

**Michael E. Hegarty, United States Magistrate Judge**.

    Before the Court is Plaintiff's Notice of Dismissal without Prejudice filed pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) [docket #9]. The Court finds the notice and terms of dismissal proper. The Status Conference set for January 6, 2015 is **vacated** and the Clerk of the Court is directed to close this case.

    Dated and entered at Denver, Colorado this 5th day of January, 2015.

                                      BY THE COURT:

                                      *Michael E. Hegarty*

                                      Michael E. Hegarty
                                      United States Magistrate Judge